UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
MARIO RODRIGUEZ, individually and on behalf of all others
similarly situated,

                                Plaintiff,

-against-

JR CITY PROPERTIES, LLC, 97 BLEECKER, LLC,  39
BLEECKER LLC, 37 PATERSON LLC, 355 DANFORTH LLC,
6 POPLAR LLC, 18 POPLAR, LLC, 563 CENTRAL, LLC, 222
VAN HORNE LIMITED LIABILITY COMPANY,  1700
BERGENLINE LLC, 228 HANCOCK LLC, JUDITH SCIARRA,
AND ROBERT NICK,

                                Defendants.
------------------------------------------------------------------------X

Civil Action No.
2:21-cv-02562

## STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE

    **WHEREAS,** on February 15, 2021, Plaintiff filed a Complaint, which asserts claims under

the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"); the New Jersey Wage and Hour

Law ("NJWHL"); and the New Jersey Wage Payment Act ("NJWPA");

    **WHEREAS,** the parties reached a settlement of this action and Plaintiff's claims through

arms' length negotiations and have entered into a Settlement Agreement and Release, filed on the

Court's docket (the "Agreement"), formally memorializing the parties' settlement;

    **WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have

been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable

resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, NJWHL,

NJWPA,  and/or time worked; and

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel for the parties, and ordered by this Court, that this action be and hereby is dismissed and

discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York

19 day of January, ~~2021~~ 2022

KATZ MELINGER PLLC

By: _____
Katherine Morales, Esq.
280 Madison Avenue, Suite 600
New York, New York 10016
T: (212) 460-0047
F: (212) 428-6811
kymorales@katzmelinger.com
*Attorneys for Plaintiff*

LAW OFFICES OF JONAH B. KIMMELSTIEL, LLC

By: _____
Jonah B. Kimmelstiel, Esq.
2 University Plaza, Suite 101
Hackensack, NJ 07601
T: (201) 881-0600
F: (201) 881-0601
jbk@jbklawoffices.com
*Attorneys for Defendants*

So Ordered:

_____

Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York

$\underline{19}$ day of $\underline{\text{January}}$ , $\underline{\text{2021}}$  2022

KATZ MELINGER PLLC

By: _____

Katherine Morales, Esq.
280 Madison Avenue, Suite 600
New York, New York 10016
T: (212) 460-0047
 F: (212) 428-6811
kymorales@katzmelinger.com
*Attorneys for Plaintiff*

LAW OFFICES OF JONAH B.
KIMMELSTIEL, LLC

By: _____

Jonah B. Kimmelstiel, Esq.
2 University Plaza, Suite 101
Hackensack, NJ 07601
T: (201) 881-0600
 F: (201) 881-0601
jbk@jbklawoffices.com
*Attorneys for Defendants*

So Ordered:

_____