UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------------------X

MARIO RODRIGUEZ, individually and on behalf of all others similarly situated,

                              Plaintiff,

-against-

JR CITY PROPERTIES, LLC, 97 BLEECKER, LLC, 39 BLEECKER LLC, 37 PATERSON LLC, 355 DANFORTH LLC, 6 POPLAR LLC, 18 POPLAR, LLC, 563 CENTRAL, LLC, 222 VAN HORNE LIMITED LIABILITY COMPANY, 1700 BERGENLINE LLC, 228 HANCOCK LLC, JUDITH SCIARRA, AND ROBERT NICK,

                              Defendants.
---------------------------------------------------------------------------X

Civil Action No. 2:21-cv-02562

**NOTICE OF CHANGE**

    PLEASE TAKE NOTICE that the undersigned hereby requests that the firm address on file for ECF for this matter of:

Katz Melinger PLLC
280 Madison Avenue, Suite 600
New York, New York 10016

be removed and replaced with the firm address of:

Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017

Dated: New York, New York
         January 26, 2022

                                          KATZ MELINGER PLLC

                                          By: */s/ Katherine Morales*
                                          Katherine Morales
                                          370 Lexington Avenue, Suite 1512
                                          New York, New York 10017
                                          Telephone: (212) 460-0047
                                          Facsimile:  (212) 428-6811
                                          kymorales@katzmelinger.com
                                          *Attorneys for Plaintiffs*