UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------X
MARIO RODRIGUEZ, individually and on behalf of all others
similarly situated,

                         Plaintiff,

-against-

JR CITY PROPERTIES, LLC, 97 BLEECKER, LLC, 39
BLEECKER LLC, 37 PATERSON LLC, 355 DANFORTH LLC,
6 POPLAR LLC, 18 POPLAR, LLC, 563 CENTRAL, LLC, 222
VAN HORNE LIMITED LIABILITY COMPANY, 1700
BERGENLINE LLC, 228 HANCOCK LLC, JUDITH SCIARRA,
AND ROBERT NICK,

                         Defendants.
------------------------------------------------------------------------X

Civil Action No.
2:21-cv-02562

## STIPULATION AND ORDER OF DISCONTINUANCE WITH PREJUDICE

**WHEREAS,** on February 15, 2021, Plaintiff filed a Complaint, which asserts claims under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"); the New Jersey Wage and Hour Law ("NJWHL"); and the New Jersey Wage Payment Act ("NJWPA");

**WHEREAS,** the parties reached a settlement of this action and Plaintiff's claims through arms' length negotiations and have entered into a Settlement Agreement and Release, filed on the Court's docket (the "Agreement"), formally memorializing the parties' settlement;

Whereas the Court held a fairness hearing on the record on 12/9/21; and

**WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA, NJWHL, NJWPA, and/or time worked; and

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, and ordered by this Court, that this action be and hereby is dismissed and discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil

Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York

19 day of January, ~~2021~~ 2022

| | |
|---|---|
| KATZ MELINGER PLLC | LAW OFFICES OF JONAH B. KIMMELSTIEL, LLC |
| By: _____<br>Katherine Morales, Esq.<br>280 Madison Avenue, Suite 600<br>New York, New York 10016<br>T: (212) 460-0047<br>F: (212) 428-6811<br>kymorales@katzmelinger.com<br>*Attorneys for Plaintiff* | By: _____<br>Jonah B. Kimmelstiel, Esq.<br>2 University Plaza, Suite 101<br>Hackensack, NJ 07601<br>T: (201) 881-0600<br>F: (201) 881-0601<br>jbk@jbklawoffices.com<br>*Attorneys for Defendants* |

So Ordered:

_____

Procedure. A copy of the signatures on this Stipulation serve the same purposes as an original signature.

Dated: New York, New York
19 day of January, ~~2021~~ 2022

|  |  |
|---|---|
| KATZ MELINGER PLLC | LAW OFFICES OF JONAH B. KIMMELSTIEL, LLC |
| By: *(signature)* | By: _____ |
| Katherine Morales, Esq.<br>280 Madison Avenue, Suite 600<br>New York, New York 10016<br>T: (212) 460-0047<br>F: (212) 428-6811<br>kymorales@katzmelinger.com<br>*Attorneys for Plaintiff* | Jonah B. Kimmelstiel, Esq.<br>2 University Plaza, Suite 101<br>Hackensack, NJ 07601<br>T: (201) 881-0600<br>F: (201) 881-0601<br>jbk@jbklawoffices.com<br>*Attorneys for Defendants* |

So Ordered:

**SO ORDERED**

*s/Michael A. Hammer*
Michael A. Hammer, U.S.M.J.

Date: 2/8/22